UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 2:06-cr-19

DOMINGO DIAZ-RUIZ,                  HON. ROBERT HOLMES BELL

    Defendant.
_____/

## ORDER OF DETENTION

        Defendant appeared before the undersigned on June 15, 2006, for purposes of an initial appearance and arraignment on the charge of Fraud and Misuse of Visas, Permits and Other Documents.  At that time, the court was advised that an immigration detainer had been placed on the defendant.  The court advised defendant that a detention hearing would not be held at that time; however, defendant would reserve the right to request a hearing at a later date if the detainer was removed.  Accordingly, defendant will be detained pending further proceedings.

        Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

                /s/ Timothy P. Greeley
                TIMOTHY P. GREELEY
                UNITED STATES MAGISTRATE JUDGE

Dated:  June 16, 2006